FILED
Oct 14 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JESUS ERIK PULIDO,<br><br>    Defendant. | Case No. 3:22-mj-71293 MAG<br><br>Charging District's Case Number:<br>2:22-cr-00163 FLA/Central District LA |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Central District of Los Angeles, CA . The defendant may need an interpreter for this language: Not Applicable.

The defendant is:

( ) will obtain an attorney.

(X) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, JESUS ERIK PULIDO, forthwith, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 10/13/2022

_____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE